# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL T. STEWART, JR., <br><br> Plaintiff, <br><br> v. <br><br> DAVID A. VARANO, et al., <br><br> Defendants | CIVIL ACTION NO. 1:13-CV-02518 <br><br> (RAMBO, J.) <br> (MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 6th day of November, 2013, upon consideration of Plaintiff's Motion for Reconsideration (Doc. 12), **IT IS HEREBY ORDERED** that, for the reasons set forth in the Memorandum filed concurrently with this Motion, the motion is **DENIED**.

BY THE COURT:

*s/Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge