UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL T. STEWART, JR., a/k/a CARL BURTON,<br><br>    Plaintiff,<br>v.<br><br>DAVID A. VARANO, et al.,<br><br>    Defendants | CIVIL ACTION NO. 1:13-CV-02518<br><br>( RAMBO, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 5th day of June, 2014, for the reasons set forth in the Memorandum filed concurrently herewith, it is hereby ORDERED as follows:

1. Plaintiff's motions for appointment of counsel (Doc. 37; Doc. 62; Doc. 73; Doc. 84) are **DENIED** without prejudice.

2. Plaintiff's motion to join Defendants Schooley and Shipe is **DENIED as moot**. (Doc. 30). The Clerk of Court is directed to issue process to the United States Marshal, who shall serve Plaintiff's complaint (Doc. 1) upon Defendants Schooley and Shipe in accordance with Rule 4 of the Federal Rules of Civil Procedure in order for Defendants Schooley and Shipe to respond to Plaintiff's claims. The Clerk is further directed to add these Defendants to the docket sheet.

3. Plaintiff's motion for an extension of time to file a sur-reply brief (Doc. 84) is **DENIED**.

4. The Clerk is **DIRECTED** to mail a copy of the docket sheet to the Plaintiff. (Doc. 37).

                                                              **BY THE COURT:**

Dated: June 5, 2014                                           *s/ Karoline Mehalchick*
                                                              **KAROLINE MEHALCHICK**
                                                              **United States Magistrate Judge**