IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL STEWART a/k/a**<br>**CARL BURTON,** | :<br>: |
| **Plaintiff** | : Civil No. 1:13-CV-2518<br>: |
| v. | : Magistrate Judge Mehalchick<br>: |
| **SUPERINTENDENT DAVID A.**<br>**VERANO,** *et al.,* | :<br>: |
| | : Judge Sylvia H. Rambo |
| **Defendants** | : |

## M E M O R A N D U M

Presently before the court is a motion for an extension of time to respond to a report and recommendation of Magistrate Judge Mehalchick filed by Plaintiff, Carl Stewart. (Doc. 97.) Stewart claims that certain medications he has been taking have interfered with his ability to respond to the report and recommendation, and accordingly, needs an extension of time in which to do so.

This medication, however, has not interfered with Plaintiff's ability to file other motions in this case. On April 2, 2014, Plaintiff filed a motion for an extension of time. (Doc. 76.) On May 29, 2014, Plaintiff filed a motion to appoint counsel. (Doc. 84.) On June 16, 2014, Plaintiff filed a motion to change venue. (Doc. 93.) On June 17, 2014, Plaintiff filed another motion for an extension of time. (Doc. 92.) The present motion for an extension of time was filed one day before the expiration of the already extended time limit. Moreover, this motion was filed after Plaintiff had already been advised that no further extensions of time would be granted. (*See* Doc. 78.)

This time, Plaintiff is given only until August 15, 2014, to respond to the report and recommendation. He is advised to use this time to file his objections to the report and recommendation rather than filing other frivolous motions.

An appropriate order will issue.

                                                 /s/ Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: July 30, 2014.