IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CARL STEWART a/k/a**
**CARL BURTON,**                                       :
                                                       :        **Civil No. 1:13-CV-2518**
     **Plaintiff**                              :
                                                       :
     **v.**                                    :        **Magistrate Judge Mehalchick**
                                                       :
**SUPERINTENDENT DAVID A.**              :
**VERANO, *et al.*,**                                  :
                                                       :        **Judge Sylvia H. Rambo**
     **Defendants**                            :

## O R D E R

AND NOW, this 30th day of July, 2014, upon consideration of Plaintiff's motion for an extension of time and for the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time to file his objections to the Report and Recommendation of Magistrate Judge Mehalchick is **GRANTED IN PART**. Plaintiff shall file objections to the Report and Recommendation no later than August 15, 2014.

Plaintiff is advised that no additional extensions of time will be granted.

SYLVIA H. RAMBO
United States District Judge

Dated:  July 30, 2014.