IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL STEWART,** a/k/a **CARL BURTON,** <br><br>　　　　**Plaintiff** <br><br>　　v. <br><br>**SUPERINTENDENT DAVID A. VERANO,** *et al.*, <br><br>　　　　**Defendants** | **CIVIL NO. 1:13-CV-2518** <br><br>**(Judge Rambo)** <br><br>**(Magistrate Judge Mehalchick)** |

# **O R D E R**

AND NOW, this 8th day of April, 2015, **IT IS HEREBY ORDERED THAT**:

　　1) The court adopts the report and recommendation of Magistrate Judge Mehalchick (Doc. 131).

　　2) The request for a preliminary injunction on the issue of production of Stewart's legal material is denied as to the medical defendants, Weisner, Stanish, and Daya.

　　3) This case is remanded to Magistrate Judge Mehalchick.

　　　　　　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　　　　United States District Judge