IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL STEWART,** a/k/a **CARL BURTON,** | **CIVIL NO. 1:13-CV-2518** |
| Plaintiff | **(Judge Rambo)** |
| v. | **(Magistrate Judge Mehalchick)** |
| **SUPERINTENDENT DAVID A. VERANO,** *et al.*, | |
| Defendants | |

## O R D E R

AND NOW, this 11th day of August, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Mehalchick (Doc. 153).

2) Plaintiff's motion for a temporary restraining order (Doc. 148) is **DENIED**.

3) This matter is remanded to Magistrate Judge Mehalchick.

                                                  s/Sylvia H. Rambo
                                              United States District Judge