IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL T. BURTON** *also known as* **CARL T. STEWART, JR.**, | : <br> : <br> : |
| Plaintiff, | :    **Civil No. 1:13-CV-2518** <br> : |
| v. | : <br> : |
| **DAVID A. VARANO, et al**, | : <br> :    **Judge Sylvia H. Rambo** |
| Defendants. | : |

# **O R D E R**

AND NOW, this 6th day of September, 2016, **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation of the magistrate judge (Doc. 196) is adopted;

2) Defendants' motion for summary judgment (Doc. 165) is **GRANTED**, and all claims against Corizon Health Services, Jennifer Daya, Stanley Stanish, and Michael Weisner are dismissed with prejudice;

3) Defendants David A. Varano, Vincent Mooney, Mike Miller, Jeffrey Beard, John E. Wetzel, George Miller, Dorina Varner, Waldman, John P. Sidler, Charles Custer, Novalis, Brownawell, Wiseman, Symon, George Burns, Felix, and Kerns-Barr are terminated from this action, as they have been effectively omitted from the amended complaint;

4) Plaintiff's motion to "produce body for court" (Doc. 194) is **DENIED AS MOOT**; and

5) The Clerk of Court shall **CLOSE** this case.

                                               s/Sylvia H. Rambo  
                                               SYLVIA H. RAMBO  
                                               United States District Judge

Dated: September 6, 2016